Richard G. Grotch, Esq. - SBN 127713
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Tel.  (650) 592-5400
Fax.  (650) 592-5027
Email: rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendant
DELTA AIR LINES, INC.

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Deep Vein Thrombosis Litigation: | No. C 05-1544 VRW |
| GILBERTO BRAHA individually and as personal representative of IARDENYTH TITO BRAHA, decedent, for the benefits of decedent's estate and surviving heirs, YAEL BRAHA and MICHAEL BRAHA, | [MDL-1606] STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE FOR DEPOSING PLAINTIFFS |
| Plaintiffs, | |
| vs. | |
| DELTA AIR LINES, INC., a corporation, | |
| Defendant. | |

WHEREAS the Court ordered that the depositions of plaintiffs be completed by December 31, 2006 in certain pending cases within this multidistrict litigation, including this action; and

WHEREAS the deposition of plaintiff GILBERTO BRAHA was scheduled and noticed to be taken on December 18, 2006 at the offices of counsel for defendant DELTA AIR LINES, INC. ("Delta"); and

WHEREAS the deposition of plaintiff YAEL BRAHA was scheduled and noticed to be taken on December 19, 2006 at the offices of counsel for Delta; and

///

///

1  WHEREAS plaintiff GILBERTO BRAHA determined shortly before the deposition that he
2  lacked proper documentation to allow him to travel from his residence in Italy to the United States
3  for his deposition; and

4  WHEREAS plaintiffs YAEL BRAHA and MICHAEL BRAHA anticipate that they soon will
5  dismiss their own claims against Delta in this action; and

6  WHEREAS additional time is necessary to enable plaintiff GILBERTO BRAHA to obtain
7  his travel documents and for plaintiffs YAEL BRAHA and MICHAEL BRAHA to dismiss their
8  claims in this action;

9  IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel,
10 that the deadline for completion of the depositions of the plaintiffs be extended from December 31,
11 2006 to January 31, 2007.

12 SO STIPULATED.

13 Dated: December 27, 2006                    STERNS & WALKER

14
15                                             By: /s/ Brenda Posada
16                                                 Brenda Posada
                                                   Attorneys for Plaintiffs
                                                   Gilberto Braha, Yael Braha and Michael
17                                                 Braha

18
   Dated: December 27, 2006                    CODDINGTON, HICKS & DANFORTH
19

20                                             By: /s/ Richard G. Grotch
21                                                 Richard G. Grotch
                                                   Attorneys for Defendant
22                                                 Delta Air Lines, Inc.

23
   ///
24
   ///
25
   ///
26
   ///
27
   ///
28

**CODDINGTON, HICKS & DANFORTH**
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

2

Stipulation and [Proposed] Order Extending Deadline
for Depositions – C 05-1544 VRW [MDL-1606]

1 **ORDER**

2  Pursuant to stipulation, the deadline for completion of the depositions of the plaintiffs shall
3  be extended from December 31, 2006 to January 31, 2007.
4  IT IS SO ORDERED.

6  Dated: 12/29/2006

*IT IS SO ORDERED*
Judge Vaughn R Walker
United States District Court, Northern District of California

28

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

3

Stipulation and [Proposed] Order Extending Deadline
for Depositions – C 05-1544 VRW [MDL-1606]