| | |
|---|---|
| 1 | GERALD C. STERNS (Bar No. 029976) |
| 2 | BRENDA D. POSADA (Bar No. 152480) |
|   | STERNS & WALKER |
| 3 | 901 Clay Street |
|   | Oakland, CA 94607 |
| 4 | Telephone: (510) 267-0500 |
| 5 | Facsimile: (510) 267-0506 |
| 6 | Attorney for Plaintiffs |
|   | GILBERTO BRAHA |
| 7 | YAEL BRAHA and |
|   | MICHAEL BRAHA |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO BRAHA individually and as personal representative of IARDENYTH TITO BRAHA, decedent, for the benefit of decedent's estate and surviving heirs, YAEL BRAHA and MICHAEL BRAHA, | Case No: C05-01544 WHA |
| Plaintiffs, | **STIPULATION FOR DISMISSAL, WITH PREJUDICE, OF THE CLAIMS OF PLAINTIFFS YAEL BRAHA AND MICHAEL BRAHA <u>ONLY</u>** |
| vs. | Judge: Vaughn R. Walker |
| DELTA AIRLINES, INC., a corporation, | |
| Defendant. | |

This Stipulation is made pursuant to FRCP 41(a)(1)(ii). There are no remaining claims as to Plaintiffs Yael Braha and Michael Braha <u>ONLY</u>.

Each party shall bear their own costs and attorney's fees as to these Plaintiffs.

//

//

//

//

1
**STIPULATION FOR DISMISSAL, WITH PREJUDICE, OF THE CLAIMS OF PLAINTIFFS YAEL BRAHA AND MICHAEL BRAHA ONLY**

This stipulation is signed by all parties who have appeared in this Action.

Dated: April 26, 2007

STERNS & WALKER

By: _____
Brenda D. Posada
Attorneys for Plaintiffs

Dated: April 27, 2007

CODDINGTON, HICKS & DANFORTH

By: _____
Richard G. Grotch
Attorneys for Delta Air Lines, Inc.

APPROVED AND SO ORDERED

**GRANTED**
Judge Vaughn R Walker

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
HONORABLE VAUGHN R. WALKER
JUDGE OF THE ABOVE-ENTITLED COURT

May 1, 2007

2
STIPULATION FOR DISMISSAL, WITH PREJUDICE, OF THE CLAIMS OF
PLAINTIFFS YAEL BRAHA AND MICHAEL BRAHA ONLY